1  Dina L. Santos, SBN 204200
   A Professional Law Corp.
2  428 J Street, Suite 359
   Sacramento, CA 95814
3  Telephone: (916) 447-0160
   Facsimile: (916) 447-2988
4

5  Attorney for:
   Saravy Yem
6

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-419 TLN
11 |              Plaintiff, |
12 |          v.            | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 2/6/14
13 | SARAVY YEM,            |
   |              Defendant. |

18                          **STIPULATION**

19      Plaintiff United States of America, by and through its counsel of record, and defendant, by and
20 through his counsel of record, hereby stipulate as follows:

21      1.   By previous order, this matter was set for status on January 9, 2014.

22      2.   By this stipulation, defendant now moves to continue the status conference until February
23 6, 2014, and to exclude time between January 9, 2014, and February 6, 2014, at 9:30 a.m., under Local
24 Code T4, for status/possible change of plea.

25      3.   The parties agree and stipulate, and request that the Court find the following:

26           a)   Counsel for the defendant desires additional time to consult with her client,
27      continue to review the discovery, negotiate the final draft of a plea agreement, and to otherwise
28      prepare for trial.

   Stip. & Order Continuing Status Conf. & Excluding          1
   Time Periods Under Speedy Trial Act

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2014, to February 6, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 6, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney


                                           /s/ Matthew Morris
                                          MATTHEW MORRIS
                                          Assistant United States Attorney


Dated: January 6, 2014                     /s/  Dina L. Santos
                                          DINA SANTOS, ESQ.
                                          Attorney for Saravy Yem

////

Stip. & Order Continuing Status Conf. & Excluding    2
Time Periods Under Speedy Trial Act

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of January, 2014

_____
Troy L. Nunley
United States District Judge