Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
Saravy Yem

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SARAVY YEM,<br><br>  Defendant. | CASE NO. 11-CR-419-TLN<br><br>STIPULATION TO RELEASE DEFENDANT FROM PRE-TRIAL SUPERVISION |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

Mr. Saravy Yem is to be released from Pre-trial supervision. Pre-trial Officer Darryl Walker has informed Counsel for the Government and Defense Counsel that he supports this recommendation based on the fact that Mr. Yem has been on supervision since August, 2012, and has not had any violations, does not have a passport, and has no criminal history or failures to appear. The unsecured bond will remain in effect.

//

//

Stip. & [Proposed] Order - Pretrial                    1

IT IS SO STIPULATED.

Dated: June 3, 2014                                  BENJAMIN B. WAGNER
                                                     United States Attorney


                                                      /s/ Matthew Morris
                                                     MATTHEW MORRIS
                                                     Assistant United States Attorney


Dated: June 3, 2014                                   /s/  Dina L. Santos
                                                     DINA SANTOS, ESQ.
                                                     Attorney for Saravy Yem


**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of June, 2014.


_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE