BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-419-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SARAVY YEM, | DATE: October 30, 2014 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.   By previous order, this matter was set for status on October 30, 2014.

2.   By this stipulation, defendants now move to continue the status conference until November 20, 2014, at 9:30 a.m., and to exclude time between October 30, 2014, and November 20, 2014, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has provided discovery and recommended plea terms for a resolution without trial.  The defendant is researching matters related to restitution, and needs time to consider those matters and how they impact a potential response to the government's proposed plea terms.

   b)   Counsel for defendant desires additional time to discuss the matter with the defendant.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 30, 2014 to November 20, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 28, 2014                          BENJAMIN B. WAGNER  
                                                          United States Attorney

                                                          /s/ MATTHEW G. MORRIS  
                                                          MATTHEW G. MORRIS  
                                                          Assistant United States Attorney

Dated:  October 28, 2014                          /s/ Dina Santos  
                                                          DINA SANTOS  
                                                          Counsel for Defendant  
                                                          Saravy Yem

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 29th day of October, 2014.

_____
Troy L. Nunley
United States District Judge