1  Dina L. Santos, SBN 204200
   A Professional Law Corp.
2  428 J Street, Suite 359
   Sacramento, CA 95814
3  Telephone:  (916) 447-0160
   Facsimile:   (916) 447-2988
4

5  Attorney for:
   Saravy Yem
6

7                   IN THE UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-419 TLN |

11 |                 Plaintiff, |                          |
                                | STIPULATION TO CONTINUE JUDGMENT AND
12 |         v.                 | SENTENICNG TO 2/26/15    |

13 | SARAVY YEM,                |                          |
                  Defendant.
14

15

16

17

18                              **STIPULATION**

19     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20 through his counsel of record, hereby stipulate that the February 5, 2015, date set for Judgment and

21 Sentencing be continued to February 26, 2015.

22

23     IT IS SO STIPULATED.

24 Dated:  February 2, 2015                    BENJAMIN B. WAGNER
                                               United States Attorney
25

26                                              /s/ Matthew Morris
                                               MATTHEW MORRIS
27                                             Assistant United States Attorney

28

   Stipulation and Order                      1

1 | Dated:  February 2, 2015                              /s/   Dina L. Santos
  |                                                        DINA SANTOS, ESQ.
2 |                                                        Attorney for Saravy Yem

## ORDER

IT IS SO FOUND AND ORDERED this 2nd day of February, 2015.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order                              2